IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01128-PAB-KLM

DOUGLAS P. COLE, III, and
SHERRIE GRABER-COLE,

      Plaintiffs,

v.

VICTORIA'S SECRET STORES, LLC,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Amend the Scheduling Order (Doc. 19) and Extend the Parties' Expert Disclosure Deadlines** [Docket No. 21; Filed September 3, 2013] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**.  The Scheduling Order [#19] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline       **October 1, 2013**
- Rebuttal Expert Disclosure Deadline       **November 1, 2013**

      Dated:  September 5, 2013